FILED
07 JAN 23 AM 8:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVCO, INC.,<br><br>  Petitioner,<br>vs.<br>GAINSBOROUGH INTERNATIONAL, INC.,<br><br>  Respondent. | CASE NO. 04CV0130 R(BLM)<br><br>ORDER REQUESTING ADDITIONAL BRIEFING |

Although the court is reluctant to request additional briefing, Stevco's post-trial brief raises legal issues that, to the court's knowledge, have not been addressed by Gainsborough. Accordingly, Gainsborough shall file on or before February 5, 2007, a brief addressing the issues raised in Stevco's post-trial brief, including but not limited to: (1) the issue of the general applicability of the UCC to this transaction, and (2) assuming the applicability of the UCC to this transaction, the applicability and proper application of UCC § 2207 to the facts of this case.

The court will issue its decision on February 19, 2007.

**IT IS SO ORDERED.**

DATED: 1/22 ,2007

/s/ John S. Rhoades
JOHN S. RHOADES, SR.
United States District Judge

cc:   All parties